UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC.<br><br>Plaintiff(s),<br>v.<br>GRACIELA AGUILAR, individually and dba LAPLAZA EVENT CENTER, et al.<br>Defendant(s). | CASE NUMBER<br>C 04-2508 SC<br><br>NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

DECEMBER 9, 2005
Date

Signature of Attorney/Party

*GRANTED*
*Judge Samuel Conti*
12/19/05

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-9 (07/01)   NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)